| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Irick, Daniel C. | 2. Court or Organization<br><br>United States District Court, Middle District of Florida | 3. Date of Report<br><br>05/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>401 W. Central Blvd.<br>Suite 3-550<br>Orlando, FL 32801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Employment - Burr Forman, LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irick, Daniel C. | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irick, Daniel C. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Checking Account | A | Int./Div. | J | T | | | | | |
| 2. USAA Savings Account 1 | A | Int./Div. | J | T | | | | | |
| 3. USAA Savings Account 2 | A | Int./Div. | J | T | | | | | |
| 4. USAA Certificate of Deposit | A | Int./Div. | | | Matured | 04/18/17 | L | | |
| 5. USAA Certificate of Deposit | A | Int./Div. | L | T | Buy | 11/01/17 | L | | |
| 6. USAA Certificate of Deposit | A | Int./Div. | | | Buy | 04/05/17 | L | | |
| 7. | | | | | Matured | 10/24/17 | M | | |
| 8. Brokerage Account #1 (IRA) (H) | | | | | | | | | |
| 9. Ford Mtr Co (F) | A | Int./Div. | | | Sold | 01/03/17 | J | A | |
| 10. Vanguard BD Index Fd Inc Total Bd Market (BND) | A | Int./Div. | J | T | | | | | |
| 11. Vanguard Index Fds Formerly Vanguard (VOO) | A | Int./Div. | K | T | | | | | |
| 12. USAXX (Money Market) | A | Int./Div. | J | T | | | | | |
| 13. USAA Treasury Mmkt | A | Int./Div. | J | T | Buy | 01/06/17 | J | | |
| 14. Brokerage Account #2 (529) (H) | | | | | | | | | |
| 15. USAA 529, Fixed Allocation Option - Age Based:Moderate Porfolio | B | Int./Div. | K | T | Buy (add'l) | 01/17/17 | K | | |
| 16. USAA 529, Fixed Allocation Option - Aggressive Growth Portfolio | A | Int./Div. | | | Sold | 01/17/17 | J | A | |
| 17. USAA 529, Fixed Allocation Option - Moderate Portfolio | A | Int./Div. | | | Sold | 01/17/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irick, Daniel C. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA 529, Fixed Allocation Option - Moderate Porfolio | A | Int./Div. | | | Sold | 01/01/17 | J | C | |
| 19. Brokerage Account #3 (529) (H) | | | | | | | | | |
| 20. USAA 529, Fixed Allocation Option - Age Based: Growth Portfolio | B | Int./Div. | J | T | Buy (add'l) | 01/17/17 | J | | |
| 21. USAA 529, Fixed Allocation Option - Moderately Agressive Portfolio | A | Int./Div. | | | Sold | 01/17/17 | J | A | |
| 22. USAA 529, Fixed Allocation Option - Growth Portfolio | A | Int./Div. | | | Sold | 01/17/17 | J | B | |
| 23. USAA 529, Fixed Allocation Option- Aggressive Growth Portfolio | A | Int./Div. | | | Sold | 01/17/17 | J | A | |
| 24. Brokerage #4 (IRA) (H) | | | | | | | | | |
| 25. USAA Money Market (USAXX) | A | Int./Div. | J | T | | | | | |
| 26. Vanguard Index Fds Formerly Vanguard (VOO) | A | Int./Div. | K | T | | | | | |
| 27. Brokerage Account #5 (401K/PS) (H) | | | | | | | | | |
| 28. Oakmark Equity & Income I (OAKBX) | C | Int./Div. | K | T | Buy (add'l) | 01/01/17 | J | | |
| 29. | | | | | Buy (add'l) | 04/01/17 | J | | |
| 30. | | | | | Buy (add'l) | 07/01/17 | J | | |
| 31. | | | | | Buy (add'l) | 10/01/17 | J | | |
| 32. Delaware Small Cap Value Inst. (DEVIX) | A | Int./Div. | L | T | Buy (add'l) | 01/01/17 | J | | |
| 33. | | | | | Buy (add'l) | 04/01/17 | J | | |
| 34. | | | | | Buy (add'l) | 07/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irick, Daniel C. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/01/17 | J | | |
| 36. MFS Mid Cap Value R4 (MVCJX) | B | Int./Div. | K | T | Buy (add'l) | 01/01/17 | J | | |
| 37. | | | | | Buy (add'l) | 04/01/17 | J | | |
| 38. | | | | | Buy (add'l) | 07/01/17 | J | | |
| 39. | | | | | Buy (add'l) | 10/01/17 | J | | |
| 40. MFS Value R4 (MEIJX) | B | Int./Div. | L | T | Buy (add'l) | 01/01/17 | J | | |
| 41. | | | | | Buy (add'l) | 04/01/17 | J | | |
| 42. | | | | | Buy (add'l) | 07/01/17 | J | | |
| 43. | | | | | Buy (add'l) | 10/01/17 | J | | |
| 44. Brokerage Account #6 (H) | | | | | | | | | |
| 45. Ford Mtr Co (F) | A | Int./Div. | | | Sold | 01/06/17 | K | D | |
| 46. Brokerage Account #7 (IRA) (H) | | | | | | | | | |
| 47. AIG Money Market Fund Class A (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irick, Daniel C. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

47(X) - Money market account with balance over $1,000 discovered in current year.

| Name of Person Reporting | Date of Report |
|---|---|
| Irick, Daniel C. | 05/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel C. Irick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544